**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:23-cv-01615-KAS

PAUL F. CAMPOS,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, through the
REGENTS OF UNIVERSITY OF COLORADO, a
body corporate; and LOLITA BUCKNER INNISS,
Dean of the University of Colorado School of Law

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

---

Defendants respectfully request that the deadline to respond to Plaintiff's Complaint, currently August 28, 2023, be extended by 30 days, through and including September 27, 2023. In support thereof, Defendants state as follows:

    1.    **Conferral**: Pursuant to D.C. Colo. LCivR 7.1(a), counsel for Defendants and counsel for Plaintiff have conferred about this extension. Plaintiff **does not oppose** the requested extension.

    2.    Plaintiff filed this lawsuit on June 23, 2023. [ECF No. 1.]

    3.    Defendants' deadline to file a responsive pleading is August 28, 2023.

4.	However, the parties are actively pursuing alternative resolution, and are currently scheduled to attend an all-day mediation before Judge Robbie Barr, at BarrADR, on September 13, 2023.

5.	Good cause supports the requested extension. Counsel for Defendants and counsel for Plaintiff are diligently pursuing possible resolution and will be attending mediation on September 13, 2023. The Parties' time is best spent preparing for and attending mediation, which will have more chance of success if the Parties are focusing on resolution instead of litigation. Moreover, if the Parties reach resolution, Defendants will have avoided responding to a Complaint that has been resolved. Therefore, an extension will conserve resources and serve the interest of judicial efficiency.

6.	Defendant Dean Inniss has requested one previous extension in this matter, to conform her deadline to respond to that of Defendant University. [ECF Nos. 10, 11.]

7.	No parties would be prejudiced by this extension of time.

Wherefore, Defendants respectfully request that the deadline to answer or respond to Plaintiff's Complaint be extended by 30 days, through and including September 27, 2023.

**DATED:** August 18, 2023.  Respectfully submitted:

*s/ Hermine Kallman*
Hermine Kallman
Associate University Counsel
Special Assistant Attorney General
University of Colorado
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
hermine.kallman@cu.edu
*Attorney for Defendants*

**COMPLIANCE WITH D.C.COLO.LCivR 6.1(c)**

I hereby certify that a copy of the foregoing **MOTION FOR EXTENSION OF TIME** was served on August 18, 2023, via email, to the following:

Office of the Board of Regents
Attn: Effie Ameen, Deputy Secretary to the Board of Regents
1800 Grant St., Suite 800
Denver, CO 80203
Effie.Ameen@cu.edu

Lolita Buckner Inniss
Linniss@colorado.edu

*s/ Elisha Garza*
Elisha Garza, Legal Assistant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Daniel David Williams
Hutchison Black & Cook LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Ph: 303.442.6514
Email: williams@hbcboulder.com
*Attorney for Plaintiff*

*s/ Elisha Garza*
Elisha Garza, Legal Assistant

3