# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-01615-PAB-KAS

PAUL F. CAMPOS,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through the Regents of the University of Colorado, a body corporate;
LOLITA BUCKNER INNISS, Dean of the University of Colorado School of Law, in her individual and official capacities; and
PHILIP P. DISTEFANO, Chancellor, University of Colorado-Boulder, in his official capacity,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF A RULE 502(D) ORDER

Plaintiff Paul F. Campos, through undersigned counsel and pursuant to Section 11(a) of the Scheduling Order entered by this Court on September 19, 2023, (Dkt. 28), moves for entry of an order pursuant to Fed. R. Evid. 502(d) in the form of the proposed order accompanying this Motion.

**Certificate of conferral:** The parties have conferred regarding the proposed stipulated order being submitted herewith and they all consent to it.

DATED this 5th day of October, 2023.

                                             s/ Daniel D. Williams
                                            Daniel D. Williams
                                            Hutchinson Black and Cook, LLC
                                            921 Walnut Street, Suite 200
                                            Boulder, CO 80302

Phone: (303) 442-6514
dan.williams@hbcboulder.com
*Counsel for Plaintiff*