**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-01615-PAB-KAS

PAUL F. CAMPOS,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through the Regents of the University of Colorado, a body corporate;
LOLITA BUCKNER INNISS, Dean of the University of Colorado School of Law, in her individual and official capacities; and
PHILIP P. DISTEFANO, Chancellor, University of Colorado-Boulder, in his official capacity,

    Defendants.

---

**STIPULATED RULE 502(D) ORDER**

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

1

DATED this __5th__ day of October 2023.

                                                BY THE COURT:

                                                Hon. Kathryn A. Starnella
                                                United States Magistrate Judge