**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-01615-PAB-KAS

**PAUL F. CAMPOS**,

      Plaintiff,

v.

**UNIVERSITY OF COLORADO**, through the Regents of the University of Colorado, a body corporate;
**LOLITA BUCKNER INNISS**, Dean of the University of Colorado School of Law, in her individual and official capacities; and
**PHILIP P. DISTEFANO**, Chancellor, University of Colorado-Boulder, in his official capacity,

      Defendants.

---

**PROPOSED ORDER DISMISSING INDIVIDUAL DEFENDANTS WITH PREJUDICE**

---

THE COURT, upon review of Plainitff's Unopposed Motion To Dismiss Individual Defendants, and having determined that there are no pending counterclaims,

ORDERS that pursuant Fed. R. Civ. P. 41(a)(2), all claims against Defendants Lolita Buckner Inniss and Philip P. DeStefano are HEREBY DISMISSED, WITH PREJUDICE, with no award of attorney's fees or costs to any party.

SO ORDERED:

_____                            _____
Date                                                               U.S. District Court Chief Judge