**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-01615-PAB-KAS

**PAUL F. CAMPOS**,

    Plaintiff,

v.

**UNIVERSITY OF COLORADO**, through the Regents of the University of Colorado, a body corporate;
**LOLITA BUCKNER INNISS**, Dean of the University of Colorado School of Law, in her individual and official capacities; and
**PHILIP P. DISTEFANO**, Chancellor, University of Colorado-Boulder, in his official capacity,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE UNIVERSITY OF COLORADO

Plaintiff Paul F. Campos, through his undersigned counsel, and the Regents of the University of Colorado, through its undersigned counsel, file this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and in support states as follows:

1. There are three defendants to this action, Lolita Buckner Inniss and Philip P. DiStefano (the "Individual Defendants"), and the University of Colorado, through its Board of Regents (the "University").

2. On February 9, 2024, Plaintiff filed an unopposed motion to dismiss the Individual Defendants. [Dkt. 43.] That motion remains pending.

3. Plaintiff and the University now stipulate to the dismissal of all remaining claims in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, with each party to bear its own fees and costs.

DATED this 13th day of February, 2024

        Respectfully submitted,

        <u>s/ Daniel D. Williams</u>
        Daniel D. Williams
        **Hutchinson Black and Cook, LLC**
        921 Walnut Street, Suite 200
        Boulder, CO 80302
        Telephone: (303) 442-6514
        Facsimile: (303) 442-6493
        dan.williams@hbcboulder.com

*Counsel for Plaintiff*

<u>*/s/ Hermine Kallman*</u>
Hermine Kallman
Associate University Counsel
Special Assistant Attorney General
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5713
303-860-5650
Hermine.Kallman@cu.edu

*Counsel for Defendant University*