IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01615-PAB-KAS

PAUL F. CAMPOS,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through the Regents of the University of Colorado, a body corporate;
LOLITA BUCKNER INNISS, Dean of the University of Colorado School of Law, in her official capacity and in her individual capacity; and
PHILIP P. DISTEFANO, Chancellor, University of Colorado-Boulder, in his official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Stipulation of Dismissal with Prejudice of All Claims Against the University of Colorado [Docket No. 44].

    In the Stipulation of Dismissal with Prejudice of All Claims Against the University of Colorado, the parties state "Plaintiff Paul F. Campos, through his undersigned counsel, and the Regents of the University of Colorado, through its undersigned counsel, file this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." Docket No. 44 at 1. The stipulation states "Plaintiff and the University now stipulate to the dismissal of all remaining claims in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, with each party to bear its own fees and costs." *Id.*, ¶ 3. The stipulation is signed by Daniel Williams, counsel for Mr. Campos, and Hermine Kallman, who represents the University of Colorado, as well as the individual defendants that the Court dismissed on February 22, 2024. *Id.* at 2.

    Therefore, it is

    **ORDERED** that Stipulation of Dismissal with Prejudice of All Claims Against the University of Colorado [Docket No. 44] is **GRANTED** and all claims against defendant University of Colorado are **dismissed with prejudice**. It is further

**ORDERED** that this case is closed.

DATED February 23, 2024.

2